BUCHALTER
A Professional Corporation
KEVIN T. COLLINS (SBN: 173669)
JACQUELINE VU (SBN: 287011)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Tel: (916) 945-5170
Email: kcollins@buchalter.com
jvu@buchalter.com

Attorneys for Defendant
MCCLARIN PLASTICS LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SUB SEA SYSTEMS, INC. a Wyoming corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MCCLARIN PLASTICS LLC, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO. 2:18-CV-00110-JAM-EFB<br><br>**THIRD STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MCCLARIN PLASTICS LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: January 18, 2018<br>Trial date: Not yet set. |

**THIRD STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT - Case No. 2:18-CV-00110-JAM-EFB**

BN 32910996v1

# STIPULATION

Defendant, McClarin Plastics LLC ("Defendant"), and Plaintiff, Sub Sea Systems, Inc. ("Plaintiff"), (collectively, the "Parties") hereby stipulate and agree as follows:

1. On January 18, 2018, Plaintiff filed a Complaint for Damages ("Complaint").

2. On February 14, 2018, Defendant received Plaintiff's request for Waiver of Service of Summons. Defendant served its signed Waiver of Service of the Summons to Plaintiff on March 14, 2018.

3. Defendant's original deadline to answer or otherwise file a response to the Complaint was April 16, 2018.

4. The Parties have been engaged in settlement discussions for several weeks and appear to be making progress toward settlement at this time. To avoid the Parties unnecessarily incurring costs and attorneys' fees while discussing potential settlement, the Parties agree that Defendant's shall have until **May 9, 2018,** to file an answer or otherwise respond to Plaintiff's Complaint. This is third stipulation filed by the Parties.

Stipulated and agreed to by:

Dated: May 4, 2018					Buchalter, A Professional Corporation


							By: */s/ Jacqueline N. Vu*
							        JACQUELINE N. VU

							Attorneys for Defendant,
							McClarin Plastics LLC


Dated:  May 4, 2018					Hanson Bridgett LLP


							By: */s/ Andrew W. Stroud (as authorized on 5/4/18)*
							        ANDREW W. STROUD

							Attorneys for Plaintiff,
							Sub Sea Systems, Inc.

1

**THIRD STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT - Case No. 2:18-CV-00110-JAM-EFB**

# **ORDER**

Based on the above stipulation of the parties and good cause appearing,

**IT IS SO ORDERED**

Dated: May 7, 2018

          /s/ John A. Mendez
          JOHN A. MENDEZ
          United States District Court Judge

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**STIPULATION FOR DEFENDANT TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT - Case No. 2:18-CV-00110-JAM-EFB**

BN 32910996v1